UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :
                                 :    Hon. Dickinson Debevoise
              v.                 :
                                 :    No. 10-cr-0170 (DRD)
                                 :
Gerard Crawford                  :    ORDER FOR CONTINUANCE
                                 :
                                 :
                                 :

An indictment charging defendant Gerard Crawford with
one count of being a felon in possession of a firearm, in
violation of Titles 18, United States Code, Section 922(g)(1),
having been filed on March 8, 2009; and defendant Gerard Crawford
having been represented by Chester Keller, AFPD; and no bail
having been set by the Court, and defendant his counsel being
aware that a trial must be held within 70 days of the filing of
the indictment on these charges, pursuant to Title 18, United
States Code, Section 3161(b); and no continuances having
previously been granted by the Court pursuant to Title 18, United
States Code, Section 3161(h)(7)(A); the Government and defendant
hereby request a continuance pursuant to Title 18, United States
Code, Section 3161(h)(7)(A) in order to permit the time necessary
to afford the parties the opportunity to reach a plea agreement
which would thereby render trial of this matter unnecessary;

IT IS on this 3rd day of May, 2010

ORDERED that from the date this Order is entered, to
and including June 22, 2010, shall be excluded in calculating the

time within which a trial must be held under the Speedy Trial Act for the following reasons:

1.    Plea negotiations currently are in progress, and both the United States and defendants desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary.

2.    Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

SEEN AND AGREED:

_____
David B. Foster
Assistant U.S. Attorney


_____
Chester Keller, Esq.
Counsel for Gerard Crawford


_____
HONORABLE Dickinson DeBevoise
United States District Judge